44 A.3d 3

COMMONWEALTH of Pennsylvania, Respondent

v.

Harold WOODS, Petitioner.

No. 175 EM 2011.

Supreme Court of Pennsylvania.

April 20, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 20th day of April, 2012, the "Waiver and Modification of Rules and/or Application for Relief to File Notice of Appeal *Nunc Pro Tunc* " is **DENIED.**